UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1144 (MJD/JGL)

JOHN C. YARIAN,

Plaintiff,

v.

**PRETRIAL ORDER**

RAINBOW FOODS,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one week;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2002;

3. All parties shall disclose all expert witnesses by April 1, 2002, and reports by May 1, 2002; All supplemental disclosures shall be made by May 15, 2002;

4. The period during which the parties may seek discovery shall be completed by June 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to June 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to September 1, 2002; and

7. This case will be considered "ready for trial" as of October 1, 2002.

DATED: January 16, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed JAN 16 2002
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________