**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**JOHN C. YARIAN,**

Plaintiff,

v.

**RAINBOW FOODS, a Division of Fleming Companies, Inc., an Oklahoma Corporation,**

Defendant.

---

Civil No. 01-1144 (PAM/JGL)

**O R D E R**

APPEARANCES

Eric O. Haugen, Esq, for Plaintiff.

Timothy J. Nolan, Esq., and Piper Kenney, Esq., for Defendant.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on June 5, 2002 on Plaintiff's Motion to Extend Discovery Schedule Three Months (Doc. No. 15). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

JUN 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Plaintiff's Motion to Extend Discovery Schedule (Doc. No. 15) is **DENIED** as to a three month extension for all deadlines, and **GRANTED** as to an extension of the discovery deadline and the trial-ready date;

(2) Discovery deadline is August 1, 2002;

(3) Trial-ready date is November 1, 2002; and

(4) All other deadlines from the January 17, 2002 Scheduling Order remain unchanged.

Dated: June 5, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge