IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JOHN C. YARIAN,

Plaintiff, Case No. 01-CV-1144 MJD/JGL

v.

RAINBOW FOODS, a Division of Fleming Companies, Inc., an Oklahoma Corporation,

Defendant.

O R D E R

APPEARANCES

Eric O. Haugen, Esq., for Plaintiff.

Piper Kenney, Esq., for Defendant.

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on June 24, 2002 on Plaintiff's Motion to Compel Discovery. Based upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

{11074.DOC}

FILED____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

(1) Plaintiff's Motion to Compel documents at issue in Request for Production of Documents No. 7, requesting "all documents relating in any way to the amount of shrink experienced by Rainbow during each of the year's 1998 through 2001, individually and collectively, with shrink having that definition set forth by Mr. Webster in his deposition testimony", is *granted*. (Doc #20.) Defendant shall produce, under the designation ATTORNEY'S EYES ONLY, the requested documents within fourteen (14) days of this ORDER.

(2) Plaintiff's Motion to Compel documents at issue in Request for Production of Documents No. 13, requesting "all security tapes which depict any Rainbow personnel conducting any work on any scales at any Rainbow stores during the year's 1999, 2000, 2001, and 2002" is *granted*, and Rainbow will make available to Plaintiff the tapes in its possession from the past thirty (30) days. Rainbow has represented that these tapes constitute the entirety of items in its possession relevant to the request. Working together the parties shall make arrangements to view the tapes, and after such viewing Plaintiff shall be allowed to copy those portions of the tapes depicting any Rainbow personnel conducting any work on any scales. The

tapes shall not be used by Plaintiff in any way, shape, or form for any purposes beyond the scope of this litigation.

(3) Rainbow shall complete its search for "all documents evidencing month-by-month repair costs of all Rainbow scales in Rainbow stores from November of 1998 to present", and shall produce all documents located pursuant to this request.

**SO ORDERED** this 1 day of 7-1, 2002.

UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
THE HONORABLE JONATHAN G. LEBEDOFF

{11074.DOC}