THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

John C. Yarian,

Plaintiff,

vs.

Rainbow Food Group, Inc.,

Defendant.

**JOINT STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

Civil No. 01-1144 (MJD/JGL)

The parties in this case hereby agree by and between their respective counsel that the dispositive motion deadline in the case should be extended. Instead of requiring that the dispositive motion be noticed, filed, served and heard by September 1, 2002, the parties request that the Order read:

"All dispositive motions must be noticed, served and filed by September 1, 2002." This change would likely require a change in the trial ready date. Therefore, pursuant to this Stipulation, the parties seek amendment of the following pretrial deadlines:

1. Estimated length of trial is one week;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2002;

3. All parties shall disclose all expert witnesses by April 1, 2002, and reports by May 1, 2002; All Supplemental disclosures shall be made by May 15, 2002;

4. The period during which the parties may seek discovery shall be completed by August 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to June 1, 2002;

FILED 7-15-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

6. Until further notice, all dispositive motions must be noticed, served and filed prior to September 1, 2002; and

7. This case will be considered "ready for trial" as of November 1, 2002.

Dated: July 11, 2002

HAUGEN LAW FIRM PLLP

By ______________________
Eric O. Haugen (189807)
Attorney for Plaintiff
121 Eighth Street South
1130 TCF Tower
Minneapolis, Minnesota 55402
(612) 339-8300

Dated: 7/9, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Timothy J. Nolan (203671)
Piper L. Kenney (275621)
Attorneys for Defendant Rainbow Food Group Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8911

**ORDER**

Based upon the Joint Stipulation of the parties, IT IS ORDERED, that:

1. Estimated length of trial is one week;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2002;

3. All parties shall disclose all expert witnesses by April 1, 2002, and reports by May 1, 2002; All Supplemental disclosures shall be made by May 15, 2002;

4. The period during which the parties may seek discovery shall be completed by August 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to June 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed prior to September 1, 2002; and

7. This case will be considered "ready for trial" as of November 1, 2002.

BY THE COURT:

Jonathan Lebedoff
United States Magistrate Judge

Dated: 7/12, 2002



864149-1