IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JOHN C. YARIAN,

Plaintiff,

Case No. 01-CV-1144 MJD/JGL

v.

RAINBOW FOOD GROUP, INC.,

Defendant.

**STIPULATED DISMISSAL AND ORDER**

WHEREAS, the parties to this action have settled the above-captioned dispute by and amongst themselves as set forth in a document designated STIPULATION BY AND BETWEEN THE PCT AND JOHN C. YARIAN RESOLVING (A) PROOF OF CLAIM NO. 13223 AND (B) MOTION OF JOHN C. YARIAN PURSUANT TO 11 U.S.C. § 362(D) TO PROCEED WITH HIS ACTION AGAINST DEBTOR RAINBOW FOODS GROUP, INC. PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA ("STIPULATION");

WHEREAS, pursuant to this Stipulation, all issues relevant to the instant litigation have been and are resolved;

NOW, THEREFORE, it is hereby agreed that the instant case can be and shall be DISMISSED WITH PREJUDICE, subject to the fulfillment of the terms and conditions of the STIPULATION.

SCANNED
JUL 15 2005
U.S. DISTRICT COURT MPLS

IT IS ORDERED:

1. This action is dismissed with prejudice.

***STIPULATED TO:***

Dated: July 1, 2005

Eric O. Haugen (189807)
HAUGEN LAW FIRM PLLP
Attorneys for Plaintiff
121 South Eighth Street, #1130
Minneapolis, MN 55402
Phone: (612) 339-8300

Dated: July 6, 2005

Timothy J. Nolan (203671)
RIDER, BENNETT, EGAN &
ARUNDEL, LLP
Attorneys for Defendant
333 South Seventh Street, #2000
Minneapolis, MN 55402
Phone: (612) 340-8921

Of Counsel for Defendant:
Shirley S. Cho
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
Phone: (213) 680-8400

***IT IS ORDERED:***

Dated: ____________, 2005

THE HONORABLE MICHAEL DAVIS
UNITED STATES DISTRICT COURT JUDGE