Orrin M. Haugen (1927-2003)
Eric O. Haugen
Mark J. Burns*
*Also Admitted In Wisconsin

Christopher G. Frank
of Counsel

**HAUGEN LAW FIRM PLLP**

1130 TCF Tower
121 South Eighth Street
Minneapolis, MN 55402

Patents
Trademarks
Copyrights
Unfair Competition

Telephone 612-339-8300 • Facsimile 612-339-8200
Toll Free 866-339-8300

RECEIVED
JUL 15 2005
MJD CHAMBERS

05 JUL 14 PM 3:13
RECEIVED
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

July 14, 2005

**VIA HAND DELIVERY**
Clerk of District Court
UNITED STATES DISTRICT COURT
202 U. S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: John C. Yarian v. Rainbow Food Group, Inc.
Case No. 01-CV-1144 MJD/JGL

Dear Clerk of Court:

Enclosed herewith is a STIPULATED DISMISSAL AND ORDER, for Judge Davis' signature, relevant to the above-captioned action. The instant settlement, as can be seen, covers all issues existing as between Mr. Yarian and Rainbow. Mr. Yarian notes that Mr. Troy Larson, an expert witness hired by Defendant and not a party to this action, had certain confidential materials revealed to him without ever having signed the relevant protective order in place in this action. Any possible issues involving Mr. Larson, however, are wholly outside the scope of this action.

Yours very truly,

HAUGEN LAW FIRM PLLP

Eric O. Haugen

EOH/cjc
Enclosure
cc: The Honorable Michael J. Davis
Timothy Nolan, Esq.
Shirley Cho, Esq.

SCANNED
JUL 15 2005
U.S. DISTRICT COURT MPLS