```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MINNESOTA
```

_____

JOHN C. YARIAN,

        Plaintiff,        Case No. 01-CV-1144 MJD/JGL

v.

RAINBOW FOOD GROUP, INC.,

        Defendant.

_____

    IT IS ORDERED:

    1.   This action is dismissed with prejudice.

Dated: July 20, 2005        s/ Michael J. Davis
                                  THE HONORABLE MICHAEL DAVIS
                                  UNITED STATES DISTRICT COURT JUDGE