IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JOHN C. YARIAN,

Plaintiff, Case No. 01-CV-1144 MJD/JGL

v.

RAINBOW FOOD GROUP, INC.,

Defendant.

IT IS ORDERED:

1. This action is dismissed with prejudice.

Dated: July 20, 2005

s/ Michael J. Davis
THE HONORABLE MICHAEL DAVIS
UNITED STATES DISTRICT COURT JUDGE